SEYFARTH SHAW LLP
Camille A. Olson (SBN 111919)
colson@seyfarth.com
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

LOUDERBACK LAW GROUP
Charles M. Louderback (SBN 88788)
clouderback@louderbackgroup.com
Justin C. White (SBN 281012)
jwhite@louderbackgroup.com
44 Montgomery Street, Suite 2970
San Francisco, CA 94104
Telephone: (415) 615-0200
Facsimile: (415) 795-4775

LAW OFFICE OF JOHN FITZPATRICK VANNUCCI
John F. Vannucci (SBN 174329)
jfv@jfvlaw.com
1388 Sutter Street, Suite 605
San Francisco, CA 94109
Telephone: (415) 981-7500

Attorneys for Plaintiff
MICHAEL MUSA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | Case No. 3:16-cv-03006-LB<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiff Michael Musa ("Plaintiff") and Defendant Continental Casualty Company ("Defendant") (collectively "the Parties"), and their respective attorneys of record, that the Parties have agreed to resolve this matter in its entirety. The Parties have executed a Settlement Agreement ("Agreement") that completely resolves all of the issues in the case. |

IT IS HEREBY STIPULATED by and between Plaintiff Michael Musa ("Plaintiff") and Defendant Continental Casualty Company ("Defendant") (collectively "the Parties"), and their respective attorneys of record, that the Parties have agreed to resolve this matter in its entirety. The Parties have executed a Settlement Agreement ("Agreement") that completely resolves all of the issues in the case.

Accordingly, the Parties agree that the entire action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Except as otherwise provided in the Agreement, each party shall bear its own attorneys' fees and costs.

DATED: June 29, 2017                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By:*/s/ Robin E. Devaux*
                                            Camille A. Olson
                                            Richard B. Lapp
                                            Robin E. Devaux

                                            Attorneys for Defendant
                                            CONTINENTAL CASUALTY COMPANY



                                        LOUDERBACK LAW GROUP

                                        LAW OFFICE OF JOHN FITZPATRICK
                                        VANNUCCI


                                        By:*/s/ Charles M. Louderback*
                                            Charles M. Louderback
                                            Justin C. White
                                            John Fitzpatrick Vannucci

                                            Attorneys for Plaintiff
                                            MICHAEL MUSA

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Robin E. Devaux, attest that concurrence in the filing of this document has been obtained from the signatory Charles M. Louderback, Plaintiff's counsel.

Executed this 29th day of June, 2017, in San Francisco, California.

By: */s/ Robin E. Devaux*
Robin E. Devaux

## **ORDER**

IT IS SO ORDERED.

DATED: June 29, 2017

_____
MAGISTRATE JUDGE LAUREL BEELER

39491893v.2